BWW#: VA-127285

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

IN RE:

THOMAS ZUTAUT

    Debtor

Case No.: 16-61986-RBC

Chapter: 13

_____

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES PURSUANT TO BANKRUPTCY RULE 2002

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

    PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Andrew Todd Rich and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of US Bank National Association, as Indenture Trustee on behalf of and with respect to Ajax Mortgage Loan Trust 2013-B, Mortgage Backed Notes, Series 2013-B c/o Gregory Funding LLC, in the above-captioned case and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

    Andrew Todd Rich
    BWW Law Group, LLC
    8100 Three Chopt Road, Suite 240
    Richmond, VA 23229
    (804) 282-0463 (phone)
    (804) 282-0541 (facsimile)
    bankruptcy@bww-law.com

Dated: October 7, 2016

    Respectfully Submitted,
    BWW Law Group, LLC

    /s/ Andrew Todd Rich
    Andrew Todd Rich, VSB# 74296
    BWW Law Group, LLC
    8100 Three Chopt Road, Suite 240
    Richmond, VA 23229
    (804) 282-0463 (phone)
    (804) 282-0541 (facsimile)
    bankruptcy@bww-law.com
    *Attorney for Gregory Funding LLC*

## CERTIFICATE OF SERVICE

I certify that on this 7th day of October, 2016, the following person(s) were or will be served a copy of the foregoing NOTICE OF APPEARANCE via the CM/ECF system or by first class mail, postage prepaid:

Herbert L Beskin, Trustee
PO Box 2103
Charlottesville, VA 22902

William T. Harville, Esq.
327 W. Main St., #3
Charlottesville, VA 22903

Thomas Zutaut
4259 South Boston Road
Troy, VA 22974

    /s/ Andrew Todd Rich
    Andrew Todd Rich