# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg Division

IN RE:        THOMAS ZUTAUT                              Chapter 13
                                                         Case No.: 16-61986

## ORDER ON MOTION TO EXTEND TIME TO PLAN

On the Motion of Thomas Zutaut, debtor, by counsel, to extend the time to file the Chapter 13 Plan from October 14, and by agreement with the Chapter 13 Trustee, it is ordered that the time to file the Lists, Schedules, Statements and Chapter 13 Plan is extended until November 11, 2016.

Counsel for Debtor is hereby directed to mail, or deliver via acceptable electronic means, copies of this Order to the Debtors, Herbert L. Beskin, Chapter 13 Trustee, and to the Office of the U.S. Trustee.


DATE:   October 31, 2016                    _____
                                            U.S. Bankruptcy Judge


I ask for this:

/s/ William T. Harville
William T. Harville (VSB # 19802)
Counsel for Debtor

 Seen and agreed:


/s/ Herbert L. Beskin
Herbert L. Beskin
Chapter 13 Trustee