956 302

0318

PREPARED BY & RETURN TO:                                          Page 2 of 2
M. E. Wileman
2860 Exchange Blvd. # 100
Southlake, TX 76092

**Notice of Assignment**          Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, **WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO**
**WELLS FARGO HOME MORTGAGE, INC.,** 1 Home Camups, Des Moines, IA 50328 **(Assignor)** by these
presents does assign, and set over, without recourse, to **SELENE FINANCE LP 9990 Richmond Ave, Suite 400**
**South, P.O. Box 422039, Houston, TX 77042 (Assignee)** the described mortgage/deed of trust with all interest,
all liens, any rights due or to become due thereon, executed by **THOMAS LEE ZUTAUT** to WELLS FARGO
HOME MORTGAGE, INC. and SAMUEL I. WHITE, P.C., as trustee. Said mortgage/deed of trust **Dated:**
**9/25/2003** is recorded in the **State of VA, County of Fluvanna on 9/30/2003, as Book 548 Page 63 AMOUNT:**
$ 350,000.00 Property Address: 4259 SOUTH BOSTON ROAD, TROY, VA 22974
IN WITNESS WHEREOF, the undersigned corporation has caused this instrument to be executed by its proper
officer. Executed on:  10/6/ 2015
WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC.

By:                                                                          **ORIGINAL**

    Kaying Vang   .                    Witness:   Maddlyn J Wigen

**Vice President Loan Documentation**

State of Minesota County of Dakota
On 10-6-2015 , before me, the undersigned, personally appeared       Kaying Vang       , who
acknowledged that he/she is              *              of/for  WELLS FARGO BANK, N.A.,
SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. and that he/she executed the
foregoing instrument and that such execution was done as the free act and deed of WELLS FARGO BANK,
N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC.

Vice President Loan Documentation

*Vice President Loan Documentation

                                        Emily K. Hoover
                                        Notary public,
                                        My commission expires: 1-31-2018

EMILY K. HOOVER
NOTARY PUBLIC - MINNESOTA
My Commission Expires
January 31, 2018

                                    INSTRUMENT #1400318
                            RECORDED IN THE CLERK'S OFFICE OF
                                    FLUVANNA COUNTY ON
                                FEBRUARY  9, 2016 AT 12:07PM

                                TRISTANA P. TRE████  ███RK
              VA Fluvanna              RE:GREGORY/AOM/FBC



OFFICIAL RECEIPT
FLUVANNA COUNTY CIRCUIT COURT
DEED RECEIPT

DATE: 02/09/16 TIME: 12:07:55 ACCOUNT: ███████████     RECEIPT: ███████████
CASHIER: TLL   REG: VU16  TYPE: ASGMT   PAYMENT:  FULL PAYMENT
INSTRUMENT  : 1400318   BOOK:    956 PAGE:    302 RECORDED: 02/09/16 AT 12:07
GRANTOR: ZUTAUT, THOMAS LEE                        EX: N LOC: CO
GRANTEE: SELENE FINANCE                            EX: N PCT: 100%
 AND ADDRESS :  ,  .
RECEIVED  OF : BWW                    DATE OF DEED: 10/06/15
  CHECK:      $21.00  ████████
DESCRIPTION 1: ASSIGNMENT OF DEED OF TRUST            PAGES:   1 OP:  0
            2:                                        NAMES:   0
CONSIDERATION:         .00  A/VAL:         .00  MAP: ████████
                                                PIN:
301  DEEDS                   14.50  145  VSLF                      1.50
106  TECHNOLOGY TRST FND      5.00
                                           TENDERED   :      21.00
                                           AMOUNT PAID:      21.00
                                           CHANGE AMT :        .00


              CLERK OF COURT: TRISTANA P. TREADWAY



                      PAYOR'S COPY
              RECEIPT COPY  1  OF  3

956 303

0319

Prepared by, Recording Requested By
and Return to:
SELENE FINANCE LP
9990 RICHMOND AVE.
SUITE 400 SOUTH
HOUSTON, TX 77042

# ASSIGNMENT OF DEED OF TRUST

ORIGINAL

*FOR VALUE RECEIVED*, **SELENE FINANCE LP, ITS SUCCESSORS AND ASSIGNS**, whose address is 9990 RICHMOND AVE, STE 400 SOUTH, HOUSTON, TX 77042, does hereby assign and transfer to **U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2013-B, MORTGAGE-BACKED NOTES, SERIES 2013-B** whose address is P.O. Box 25430, Portland, OR 97298, all its right, title and interest in and to the following described deed of trust executed by **Thomas Lee ZUTAUT**, Trustee: Samuel I. WHITE, P.C., to **WELLS FARGO HOME MORTGAGE, INC.** for
**$350,000.00** dated **9/25/2003** of record on **9/30/2003** in Book **548** Page **63** at Document Number **7816**, in the **FLUVANNA** County Clerk's Office, State of **VIRGINIA**.

Property Address: 4259 SOUTH BOSTON ROAD, TROY, VIRGINIA 22974
Legal description: ALL THAT CERTAIN TRACT OR PARCEL OF LAND SITUATED IN THE PALMYRA DISTRICT OF FLUVANNA COUNTY, VIRGINIA, ON THE SOUTH SIDE OF STATE ROUTES 616 AND 600, SHOWN AS CONTAINING 128.7355 ACRES MORE OR LESS, ON PLAT OF ROBERT L. LURN, C.L.S., DATED JULY 26, 1990, RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF FLUVANNA COUNTY, VIRGINIA, IN PLAT BOOK 1, PAGE 79.

Executed this ___ 01·01·16 ___

**SELENE FINANCE LP**

By: NATASHA GUTWILLIG
Title: ASSIGNMENT MANAGER

956 304

# ACKNOWLEDGMENT

STATE OF TEXAS

COUNTY OF HARRIS

This instrument was acknowledged before me on  Jan 16. 2016 by NATASHA GUTWILLIG the
ASSIGNMENT MANAGER of SELENE FINANCE LP, ITS SUCCESSORS AND ASSIGNS, A DELAWARE
LIMITED PARTNERSHIP on behalf of said limited partnership.

_____

Notary Public in and for the State of Texas
Notary's Printed Name: JAIMEE COOK
My Commission Expires: ___1-30-2016___

Notary ID# 125491948

DOT for $350,000.00 dated 9/25/2003

> JAIMEE COOK
> Notary Public
> STATE OF TEXAS
> My Comm. Exp. 01/30/2016

INSTRUMENT #1600319
RECORDED IN THE CLERK'S OFFICE OF
FLUVANNA COUNTY ON
FEBRUARY 9, 2016 AT 12:09PM

TRISTANA P. TREADWAY, CLERK
RECORDED BY: TLL



OFFICIAL RECEIPT
FLUVANNA COUNTY CIRCUIT COURT
DEED RECEIPT

DATE: 02/09/16 TIME: 12:09:24 ACCOUNT: ▮▮▮▮▮▮▮▮    RECEIPT: ▮▮▮▮▮▮▮▮
CASHIER: TLL   REG: VU16  TYPE: ASGMT   PAYMENT:  FULL PAYMENT
INSTRUMENT  : 1600319   BOOK:    956 PAGE:    303 RECORDED: 02/09/16 AT 12:09
GRANTOR: ZUTAUT, THOMAS LEE                      EX: N LOC: CO
GRANTEE: US BANK NATIONAL ASSOC.                 EX: N PCT: 100%
 AND ADDRESS :  ,  .
RECEIVED  OF : BWW LAW                 DATE OF DEED: 01/06/16
  CHECK:        $21.00  ▮▮▮▮▮
DESCRIPTION 1: ASSIGNMENT OF DEED OF TRUST              PAGES:   2 OP:  0
           2:                                           NAMES:   0
CONSIDERATION:          .00  A/VAL:          .00  MAP: ▮▮▮▮▮
                                                  PIN: ▮▮▮▮▮
301  DEEDS                      14.50  145  VSLF                    1.50
106  TECHNOLOGY TRST FND         5.00
                                             TENDERED   :         21.00
                                             AMOUNT PAID:         21.00
                                             CHANGE AMT :           .00


                CLERK OF COURT: TRISTANA P. TREADWAY



                        PAYOR'S COPY
                    RECEIPT COPY  1  OF  3