**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
Lynchburg Division

In re:  THOMAS ZUTAUT                                              Case No. 16-61986

        Debtor                                                                            Chapter

_____

**ORDER APPROVING APPLICATION AND AUTHORIZING DISTRIBUTION**

This matter came before the Court on counsel's request for approval of his attorney's fees and payment of same from funds otherwise to be returned to the Debtor upon dismissal of the Debtor's petition pursuant to the Rules of Bankruptcy Procedure 2016 and 11 U.S.C. Sections 330(a)(4)(B), 503(b)(2), and 1326(a)(2).  The Court, having considered the Motion and being fully advised, hereby ORDERS that counsel's application for approval of the balance of his attorney fees owed in the amount of $1810.00 is approved, and the Trustee is authorized to deduct that amount from sums available for the return of payments by the Trustee to the Debtor.

DATE: April 21, 2017                           /s/ Rebecca B Connelly
                                                                             U.S. Bankruptcy Judge

I ASK FOR THIS:                                         SEEN AND AGREED:

/s/William Harville                                         /s/ Thomas Zutaut
Counsel for Debtor                                       Debtor

William Harville, Esq.
VSB#19802
327 W. Main Street, #3
Charlottesville, VA  22903
Voice:   434-483-5700
Fax:     434-448-0800