**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| **In re: Thomas Zutaut** | **CASE NO. 16–61986** |
| **Debtor(s)** | **CHAPTER 13** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related <u>pending</u> motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. <u>If the Discharge Order has been issued, the same is recinded.</u>

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 5/8/17

*Rebecca B Connelly*
REBECCA B. CONNELLY, JUDGE

van02.jsp

United States Bankruptcy Court
Western District of Virginia

In re:  
Thomas Zutaut  
    Debtor  

Case No. 16-61986-rbc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0423-6    User: smithd    Page 1 of 2    Date Rcvd: May 08, 2017  
                   Form ID: van02    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2017.

```
db          +Thomas Zutaut,    4259 South Boston Road,    Troy, VA 22974-3889
cr          +U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUST,    BWW Law Group, LLC,
              8100 Three Chopt Rd., Suite 240,    Richmond, VA 23229-4833
cr          +US Bank National Association, as Indenture Trustee,    BWW Law Group LLC,
              8100 Three Chopt Road, Suite 240,    Richmond, VA 23229-4833
4336643      AT&T Mobilty,    PO Box 536216,    Atlanta, GA 30353-6216
4364910     +Ally Bank Lease Trust,    c/o Carl A. Eason, Esquire,    200 Bendix Road, Suite 300,
              Virginia Beach, VA 23452-1396
4339558     +BWW Law Group, LLC,    8100 Three Chopt Road, Suite 240,    Richmond, VA 23229-4833
4336649      Fluvanna County Treasurer,    PO Box 299,    Palmyra, VA  22963-0299
4336650      Gregory Funding LLC,    PO Box 25430,    Portland, OR  97298-0430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4336641      EDI: AFNIRECOVERY.COM May 08 2017 21:38:00     AFNI,    1310 Martin Luther King Dr,
              Bloomington, IL  61701-1465
4388773     +EDI: CINGMIDLAND.COM May 08 2017 21:38:00      AT&T Mobility II LLC,    %AT&T SERVICES INC.,
              KAREN A. CAVAGNARO   LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,    BEDMINSTER, NJ 07921-2693
4345185      EDI: GMACFS.COM May 08 2017 21:38:00      Ally Bank Lease Trust,    PO Box 130424,
              Roseville MN 55113-0004
4336642      EDI: GMACFS.COM May 08 2017 21:38:00      Ally Financial,    PO Box 200,
              Detroit, MI  48265-2200
4344394      EDI: AIS.COM May 08 2017 21:38:00      American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
4336652      EDI: AISTMBL.COM May 08 2017 21:38:00      T-Mobile Bankruptcy Team,    PO Box 53410,
              Bellevue, WA  98015-3410
4336645      EDI: CAPITALONE.COM May 08 2017 21:38:00      Capital One,    ATTN: Bankruptcy,    PO Box 30285,
              Salt Lake City, UT  84130-0285
4336646      EDI: CHASE.COM May 08 2017 21:38:00      Chase Card Services,    ATTN: Correspondence Dept,
              PO Box 15298,    Wilmington, DE  19850-5298
4336647      EDI: CMIGROUP.COM May 08 2017 21:38:00      Credit Management LP,    4200 International Pkwy,
              Carrollton, TX  75007-1912
4336648      EDI: DCI.COM May 08 2017 21:38:00      Diversified Consultant,    PO Box 551268,
              Jacksonville, FL  32255-1268
4336651      EDI: IRS.COM May 08 2017 21:38:00      Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA  19101-7346
4393165      EDI: PRA.COM May 08 2017 21:38:00      Portfolio Recovery Associates, LLC,    POB 41067,
              Norfolk VA 23541
4338771      EDI: RECOVERYCORP.COM May 08 2017 21:38:00      Recovery Management Systems Corporation,
              25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4336653      E-mail/Text: bkr@taxva.com May 08 2017 21:49:16      Virginia Department of Taxation,
              PO Box 2156,    Richmond, VA  23218-2156
4336654      EDI: WFFC.COM May 08 2017 21:38:00      Wells Fargo Home Mortgage,
              Written Correspondence Resolutions,    PO Box 10335,    Des Moines, IA  50306-0335
                                                                                              TOTAL: 15
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Ally Bank Lease Trust
cr*          Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, Fl  33131-1605
4336644     ##BWW Law Group, LLC,    4520 E West Hwy Ste 200,    Bethesda, MD  20814-3382
                                                                             TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0423-6          User: smithd              Page 2 of 2              Date Rcvd: May 08, 2017
                              Form ID: van02            Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2017 at the address(es) listed below:
              Andrew Todd Rich    on behalf of Creditor    US Bank National Association, as Indenture Trustee on
               behalf of and with respect to Ajax Mortgage Loan Trust 2013-B, Mortgage Backed Notes, Series
               2013-B c/o Gregory Funding LLC bkvaecfupdates@bww-law.com
              Andrew Todd Rich    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE
               ON BEHALF OF AND WITH RESPECT TO AJAX MORTGAGE LOAN TRUST 2013-B, MORTGAGE BACKED NOTES, SERIES
               2013-B C/O GREGORY FUNDING LLC bkvaecfupdates@bww-law.com
              Carl A Eason    on behalf of Creditor    Ally Bank Lease Trust bankruptcy@wolriv.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
              William T. Harville, Esq    on behalf of Debtor Thomas  Zutaut harvillebk@gmail.com
                                                                                           TOTAL: 5
```